BARTLETT v. BARTLETT

No. 285P99

Case below: 133 N.C.App. 444

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

BATTEN v. MEDLIN

No. 378P99

Case below: 134 N.C.App. 184

Petition by plaintiff (Roznowski) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

BEAVERS v. UNLIMITED TREE SERV.

No. 464P99

Case below: 134 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

BRADLEY v. U.S. PACKAGING, INC.

No. 369P99

Case below: 134 N.C.App. 184

Petition by defendant (U.S. Packaging, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Justice Martin recused.

BRISSON v. SANTORIELLO

No. 376PA99

Case below: 134 N.C.App. 65

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1999.